**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

115-9-13690

| IN THE MATTER OF:<br><br>**LILIAN T. BARANDIARAN HUAMAN**<br><br>Debtor | **CASE NO. 10-09133 BKT**<br><br>**CHAPTER 13** |
|---|---|

# MOTION REQUESTING DISMISSAL

TO THE HONORABLE COURT:

COMES NOW creditor **BANCO BILBAO VIZCAYA ARGENTARIA (BBVA),** represented by the undersigned attorneys and very respectfully states and prays:

1. On September 30th, 2010, debtor filed the instant petition for relief.

2. Pursuant to the terms of the plan debtor shall surrender to BBVA its collateral.

3. Appearing creditor respectfully requests from this Honorable Court to enter an Order dismissing the instant case based on the following grounds:

4. BBVA is holder in due course of a duly recorded money purchase security agreement with security interest (contract number 9616738750) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico, which encumbers a 2010, Toyota Corolla automobile, engine number 2T1BU4EE3AC275118,registered in the name of LILIAN T. BARANDIARAN. (EXHIBIT A")

a. As of November 3rd, 2010, debtor has failed to surrender to BBVA its collateral.

b. Section 1307(c)(1) and (4) of the Bankruptcy Code, [11 USC 1307(1) and (4)], states as follows:

> "(c) Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including--
> (1) unreasonable delay by the debtors that is prejudicial to creditors;
> (2)...
> (3)...
> (4) failure to commence making timely payments under section 1326 of this title;"

c. Section 1326 (a)(1), of the Bankruptcy Code, 11 USC 1326 (a)(1), requires debtor to commence making the payments under the plan within 30 days after the same is filed.

d. Debtor has failed to comply with the terms of the plan. It is his duty to surrender to BBVA its collateral. In doing so he has defaulted the terms of the same.

5. Debtor is not a member of the U.S. Armed Forces, the Coast Guard, the Public Health Services or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy which is attached only to the original of this motion and movant's copy.

6. Pursuant to Order No. 97-01, unless debtor file a response to the instant motion and to immediately surrender to BBVA its collateral within thirty (30) days from the date of this notice, the case may be dismissed without a hearing.

**WHEREFORE**, it is very respectfully requested from this Honorable Court to grant this motion and to enter an Order dismissing the instant case.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor(s), **MARILYN VALDES ORTEGA, ESQ.**, and to Chapter 13 Trustee, **ALEJANDRO OLIVERAS RIVERA** and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 3 day of November, 2010.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel.(787) 754-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

sfg

9616738750

**BBVA**
1738 Calle Amarillo
Rio Piedras, PR 00926

# CONTRATO DE VENTA AL POR MENOR A PLAZOS
## (ACUERDO DE GRAVAMEN MOBILIARIO)

174

EL VENDEDOR: NDA SERVICES CORP
CARR # 2 KM 23.0 DORADO PR 00646
NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

Vende y hace la siguiente divulgación requerida por Ley Federal y el(los)

COMPRADOR(ES): LILIAN T BARANDIARAN
NOMBRE COMPLETO
PMB 1148 PO BOX 4956 CAGUAS PR 00726-4956
Direccion Residencial (donde se enviarán todas las Notificaciones) — Zip Code

5 mar 10

NOMBRE COMPLETO
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

Compra(n) y grava(n) la siguiente mercancía denominada "Vehículo" o "Propiedad"

TG5 HNQ-033

conforme a todos los términos y condiciones mencionados a continuación y al dorso de este Contrato. Para garantizar y asegurar el pago y cumplimiento total y a tiempo de todas las obligaciones contraídas por el COMPRADOR bajo este contrato y cualquier otro acuerdo futuro entre el COMPRADOR y el VENDEDOR, el COMPRADOR (incluye todos los compradores solidaria y mancomunadamente de ser más de uno) por valor recibido por este medio: (i) constituye a favor del VENDEDOR un gravamen mobiliario sobre el Vehículo descrito a continuación, el cual ha sido entregado al COMPRADOR a su entera satisfacción, (el "Vehículo") y sobre toda mejora, accesorios, accesiones, bienes o equipo incorporados o adheridos al Vehículo ("Mejoras"); y sobre cualquier otro bien o producto recibido por concepto de cualquier venta, cambio o disposición del Vehículo (incluyendo todo y cualquier pago bajo pólizas de seg[...] 3737539 [...]bre toda póliza de seguro y contrato de servicio para los cuales se incluya un cargo en este contrato ("Póliza de Seguro" y "Contrato de Servicio", según apliquen); y (ii) ce[...] l VENDEDOR, hasta el monto del total insoluto bajo este contrato, toda cantidad que sea reembolsada por concepto de primas respecto a Pólizas de Seguros ("Reembolso[...]") así como por concepto de honorarios y otros pagos respecto a Contratos de Servicio ("Reembolso de Honorarios y Pagos") y, a ese efecto además constituye sobre toda [...]amen a favor del VENDEDOR. EL VENDEDOR retiene los gravámenes aquí consituídos así como todo derecho e interés que aquí le es cedido y traspasado sobre todo y cualquier Reembolso de Primas de Seguro y sobre Reembolso de Honorarios y Pagos, hasta que EL COMPRADOR haya pagado y satisfecho todas sus obligaciones bajo este contrato. El Vehículo gravado es el siguiente:

| Año | Nuevo o Usado | Marca y Modelo | N°.Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|---|---|---|---|---|---|
| 2010 | NUEVO | TOYOTA COROLLA | 4 | 2T1BU4EE3AC275118 | Personal [X] Negocio [ ] |

- [ ] Transmisión Manual Opcional
- [ ] Radio
- [ ] Frenos de Fuerza (Power Brakes)
- [ ] Ventanas Eléctricas
- [ ] Aire Acondicionado
- [ ] Transmisión Automática
- [ ] Guía Eléctrico Hidráulico (Power Steering)
- [ ] Asientos Control Eléctrico
- [ ] Stereo
- [ ] Otro - Describa
- [ ] 2 Puertas
- [ ] 4 Puertas

### TERMINOS DEL CONTRATO

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido al BBVA puede que sea considerado como un acreedor bajo este contrato para propósito del "Truth-In-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

1. PAGOS: EL COMPRADOR se compromete a pagar al VENDEDOR o cesionario ( el "Vendedor") todos los pagos establecidos en este contrato. Además:

A. Por cada plazo que esté en morosidad por un periodo mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido. Disponiéndose que toda cantidad de plazos impagada a la fecha de vencimiento continuará acumulando intereses hasta su pago total. EL COMPRADOR pagará al VENDEDOR inmediatamente toda cantidad de intereses así acumulada.

B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda, lo que sea mayor, en concepto de honorarios de abogado. Si mediare una estipulación, el COMPRADOR pagará por dichos honorarios cincuenta dólares ($50.00) o el cinco porciento (5%) de las mensualidades vencidas y cobradas, lo que sea mayor.

C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.

D. EL COMPRADOR pagará los derechos de constitución, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.

E. Las Costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.

F. EL COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.

G. Todos los pagos requeridos por este contrato se harán o remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.

2. EL COMPRADOR certifica que es mayor de edad y gozo de la capacidad legal necesaria para otorgar de este contrato.

3. USO DE LA PROPIEDAD: EL COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio para los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario. La venta, traspaso o cesión del interés del VENDEDOR en el Vehículo en la propiedad gravada o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo. La venta , traspaso o cesión del interés del COMPRADOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo, excepto si el COMPRADOR obtiene del VENDEDOR su consentimiento escrito a la sustitución del deudor. La transferencia del Vehículo o de la propiedad aquí gravada sin el previo consentimiento escrito del VENDEDOR no transferirá derecho alguno a favor del tercero. El COMPRADOR se obliga a conservar el Vehículo en perfectas condiciones, con excepción del desgaste normal por uso y a cumplir con todas las leyes, reglamentos u órdenes de cuerpos gubernamentales aplicables. EL COMPRADOR pagará puntualmente todas las contribuciones, derechos de licencia, y cualquier otra obligación o penalidad impuesta por cualquier entidad gubernamental en relación con el Vehículo. EL COMPRADOR no usará el Vehículo ilegal ni impropiamente, no lo alquilará ( a menos que así se consigne en este contrato) y no lo removerá de la jurisdicción del Estado Libre Asociado de Puerto Rico. EL VENDEDOR podrá a su opción, pagar cualquier cantidad a los fines de obtener la liberación del Vehículo de cualquier obligación y cualquier cantidad que fuere pagada a esos efectos por el VENDEDOR será reembolsada al VENDEDOR por el COMPRADOR inmediatamente que fuese requerido para ello con intereses al tipo contractual legal más alto. No hay garantía implícita de comercialidad ("implied warranty of merchantability") ni garantía implícita de que el Vehículo sea propio para un propósito particular ("implied warranty of fitness for a particular purpose"), ni ninguna garantía expresa o implícita que se extienda más allá de la descripción del Vehículo en la faz de este contrato, excepto las requeridas por el Código Civil de Puerto Rico y el Reglamento de Garantías en la venta de vehículos de motor, promulgado por el Departamento de Asuntos del Consumidor del Estado Libre Asociado de Puerto Rico.

4. INCUMPLIMIENTO: El tiempo es un factor esencial en este contrato. EL VENDEDOR podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma que será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible desde ese momento sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todos los cuales se renuncia, en cualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos, si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR habiendo dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuar ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga en mora con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | | | |
|---|---|---|---|
| 1 | PRECIO DE VENTA AL CONTADO | | $ 21545.00 |
| | Precio de Venta Accesorios | | |
| | Otros | | $ N/A |
| 2 | PRONTO PAGO | Pronto Pago en efectivo $ 1000.00 (a) | |
| | | Vehículo tomado a cuenta ( Trade- In ) | |
| | | Descripción Marca-Año-Modelo | |
| | | Valor bruto acordado del vehículo $ N/A | |
| | | Menos la cantidad adeudada de $ N/A | |
| | | Valor Neto acordado del Vehículo tomando en cuenta $ N/A (b) | |
| | | Bono ( Rebate ) $ N/A (c) | |
| | | PRONTO PAGO TOTAL ( suma partidas a, b y c ) | $ 1000.00 |
| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | | $ 20545.00 |
| 4 | CARGOS POR DERECHOS | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA | |
| | | Licencia Seguro Obligatorio y ACAA. $ N/A (d) | |
| | | Titulo / Traspaso $ 10.00 (e) | |
| | | Declaración de Financiamiento. Cesión o Traspaso de Gravamen mobiliario Terminación ( Ley 28 del 17 de agosto de 1995 ) $ 10.00 (g) | |
| | | Inscripción / Sellos $ 108.00 (f) | |
| | | CARGOS POR DERECHOS ( suma partidas d, e, f y g ) Total | $ 128.00 |
| 5 | SEGUROS / CONTRATOS DE SERVICIOS ( Véase divulgaciones adicional anejada) | | $ 3384.00 |
| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA ( suma de partidas 3, 4 y 5 ) | | $ 24057.00 |

DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"

| TASA DE PORCENTAJE ANUAL | CARGO POR FINANCIAMIENTO | BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

PROGRAMA DE PAGOS

[illegible]

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

CONTRATO DE VENTA AL POR MENOR A PLAZOS

Suscrito hoy 19 de DECEMBER de 2009

en DORADO PR, Puerto Rico.

X [signature]
Firma del Comprador(es)

NDA SERVICES CORP [signature]
Firma del Vendedor

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

AN ENGLISH TRANSLATION OF THIS CONTRACT IS AVAILABLE AT YOUR REQUEST.

PRIMER ORIGINAL

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR

# CERTIFICADO DE TITULO

24mar2010 09:20:03 0387-0841-4114-0000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 4306044 | 24mar2010 | 7252954 | 19dic2009 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 2T1BU4EE3AC275118 | toyota | corolla | 2010 | 04 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 0# | Nuevo | CertOrig | JA | 10 | rojo obscur |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:

Nombre: BARANDIARAN, LILIAN T.

Resid: PASEO DEL BOSQUE
2508
SAN JUAN PR 00926

Postal: La Misma

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

GRAVAMENES

PRIMER GRAVAMEN (VENTA CONDICIONAL) — FECHA DIA-MES-AÑO

BBVA 19dic2009

SEGUNDO GRAVAMEN (OTROS)

CANCELACION GRAVAMEN

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN ____________ FECHA ____________ FIRMA AUTORIZADA ____________

SEGUNDO GRAVAMEN ____________ FECHA ____________ FIRMA AUTORIZADA ____________

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NUMERO CONTROL
A- 9211749

NO ES VALIDO SI ALTERADO

Department of Defense Manpower Data Center Nov-03-2010 08:10:44

Military Status Report
Pursuant to the Service Members Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| BARANDIARAN HUAMAN | LILIAN T | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

***More information on "Active Duty Status"***
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

***Coverage Under the SCRA is Broader in Some Cases***
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:A20LTMH20F

Label Matrix for local noticing
0104-2
Case 10-09033-MCF7
District of Puerto Rico
Ponce
Wed Nov 3 11:15:12 AST 2010

COOP A/C CABO ROJO
ATTY DAMARIS QUINONES VARGAS
PO BOX 429
CABO ROJO, PR 00623-0429

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936-6818

COOP A/C CABO ROJO
PO BOX 99
CABO ROJO, PR 00623-0099

ISLAND FINANCE
130 EXP MART NADAL 103
GUAYNABO, PR 00969

ISLAND FINANCE
PO BOX 71504
SAN JUAN, PR 00936-8604

JC PENNEY
GE MONEY BANK
PO BOX 364788
SAN JUAN, PR 00936-4788

LUIS A RIVERA MENDOZA ESQ
PO BOX 709
CABO ROJO, PR 00623-0709

SANTANDER FINANCIAL SERVICES
PO BOX 195369
SAN JUAN, PR 00919-5369

WAL MART
GE MONEY BANK BANKRUPTCY DEPT
PO BOX 103104
ROSWELL, GA 30076-9104

WAL MART
PO BOX 981064
EL PASO, TX 79998-1064

ANGEL MIGUEL ROMAN ONGAY
B-45 EXT LA CONCEPCION
CABO ROJO, PR 00623

GILBERTO MATIAS LUGO
HC 02 BOX 22776
CABO ROJO, PR 00623-9270

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
CARR 165 TORRE 1 SUITE 501
GUAYNABO, PR 00968